COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

| | |
|---|---|
| Appellate case name: | Marvinell Harlan v. Texas Workforce Commission, Appeal Tribunal, Hearing Officer J. Koehn, Hearing Officer L. Lawrence, and Commissioners Hope Andrade and Andres Alcantar |
| Appellate case number: | 01-17-00849-CV |
| Trial court case number: | 2015-11049 |
| Trial court: | 190th District Court of Harris County |

This Court dismissed the appeal for want of jurisdiction. *See Harlan v. Tex. Workforce Comm'n*, No. 01-17-00849-CV, 2018 WL 3737639 (Tex. App.—Houston [1st Dist.] Aug. 7, 2018, no pet. h.) (mem. op.). And, on December 20, 2018, we denied appellant Marvinell Harlan's motion for rehearing. On January 4 and January 7, 2019, appellant filed motions for an extension of time to file a motion for en banc reconsideration. Appellant's motion, filed on January 4, 2019, is **granted**.

**Appellant's motion for en banc reconsideration is due to be filed no later than Monday, January 28, 2019**.

Appellant's motion, filed on January 7, 2019, is **dismissed as moot.**

It is so ORDERED.

Judge's signature: /s Russell Lloyd_____

           ☒ Acting individually    ☐ Acting for the Court

Date: __January 15, 2019___